**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

|  |  |  |
|---|---|---|
| NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-1223 |
| SHIOLI'S SUNRISE HEATING & COOLING CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated February 22, 2006. The Defendant has not filed any objections to the Report and Recommendation. Based on a de novo review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge, and it is hereby

ORDERED that (1) default judgment is entered against Defendant and Plaintiffs are awarded the sum of $18,203.06, (2) Plaintiffs are entitled to an audit of Defendant's records, and (3) Defendant is enjoined from violating the terms of the current collective bargaining agreement(s) between Defendant and the Sheet Metal Workers' International Association.

```
                                        /s/
                              _____
                              CLAUDE M. HILTON
                              UNITED STATES DISTRICT JUDGE
```

Alexandria, Virginia
April 14, 2006